FILED
May 30 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ patrickd   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '13 CR2002 H |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960-Importation of Methamphetamine (Felony); Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| MICHAEL STEVEN DOMINGUEZ (1), BEATRIZ LARA (2), | |
| Defendants. | |

The United States Attorney charges:

On or about May 1, 2013, within the Southern District of California, defendants MICHAEL STEVEN DOMINGUEZ and BEATRIZ LARA did knowingly and intentionally import 500 grams and more, to wit: approximately 21.70 kilograms (47.80 pounds) of a mixture and substance containing a detectable amount of Methamphetamine, both Schedule II Controlled Substances, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

DATED: 5/30/13.

LAURA E. DUFFY
United States Attorney

for JOSHUA C. MELLOR
Assistant U.S. Attorney

JCM:tld:San Diego
5/15/13